323 F.2d 1005
 Lebert BIHM, Plaintiff-Appellant,
v.
LYKES BROS. STEAMSHIP CO. Inc., Defendant-Appellee.
 No. 174.
 Docket 28044.
 United States Court of Appeals Second Circuit.
 Argued November 12, 1963.
 Decided November 12, 1963.
 
 Plaintiff appeals from judgment for $3,900 entered upon a verdict of a jury in the United States District Court for the Southern District of New York, Wilfred Feinberg, J., for injuries sustained as a member of the crew on defendant's ship, alleging the verdict was inadequate.
 Affirmed.
 Thomas J. Doyle, New York City, N. Y. (Cooper, Ostrin, DeVarco & Ackerman, New York City, on the brief), for plaintiff-appellant.
 Arthur M. Boal, New York City (Boal, McQuade & Fitzpatrick, New York City, on the brief), for defendant-appellee.
 Before LUMBARD, Chief Judge, and KAUFMAN and HAYS, Circuit Judges.
 PER CURIAM.
 
 
 1
 We affirm the judgment in open court.
 
 
 2
 See also D.C., 213 F.Supp. 899.